IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD McARTHUR,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY OF TAFT, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. CV F 06-0184 AWI LJO<br><br>**ORDER TO VACATE ORDER TO PROCEED IN FORMA PAUPERIS AND ORDER TO PAY FILING FEE OR TO SUBMIT REGULAR CIVIL IN FORMA PAUPERIS APPLICATION**<br>(Doc. 11.)<br><br>[Docs. 5 and 10] |

Plaintiff Bradford McArthur ("plaintiff") proceeds pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2005, plaintiff filed this action when he was institutionalized by the California Department of Corrections ("CDC"). When this Court issued its February 27, 2006 Order to Proceed In Forma Pauperis, this Court was under the mistaken impression that plaintiff remained institutionalized by CDC. The order inadvertently granted plaintiff's prisoner in forma pauperis application and ordered the collection of an inmate filing fee.

On the basis of good cause, this Court:

1. VACATES its February 27, 2006 Order to Proceed In Forma Pauperis and directing collection of an inmate filing fee;

2. DIRECTS this Court's clerk to send plaintiff an application to proceed in forma pauperis used in regular civil actions;

3. ORDERS plaintiff, no later than April 3, 2006, to either pay the $250 filing fee in full

or file a regular civil application to proceed in forma pauperis; and

4.  **ADMONISHES plaintiff that failure to comply with this order may result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

**Dated:     March 10, 2006**              /s/ Lawrence J. O'Neill
66h44d                                     UNITED STATES MAGISTRATE JUDGE