1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   **BRADFORD McARTHUR,**                    **CV F 06-0184 AWI LJO**

12            **Plaintiff,**                   **ORDER TO VACATE ORDER TO**
                                               **COLLECT FILING FEE**
13        **vs.**                              **(Doc. 12.)**

14   **CITY OF TAFT POLICE**
     **DEPARTMENT, et al.,**
15
              **Defendants.**
16   _____/

17        Plaintiff Bradford McArthur ("plaintiff") proceeds pro se in a civil rights action pursuant to

18   42 U.S.C. § 1983.  On December 29, 2005, plaintiff filed this action when he was institutionalized

19   by the California Department of Corrections ("CDC").  When this Court issued its February 27, 2006

20   Order to Collect Filing Fee, this Court was under the mistaken impression that plaintiff remained

21   institutionalized by CDC, granted plaintiff's prisoner in forma pauperis application, and ordered

22   CDC to collect an inmate filing fee.

23        On the basis of good cause, this Court:

24        1.      VACATES the February 27, 2006 Order to Collect Filing Fee issued to CDC;

25        2.      ORDERS CDC not to send payments to this Court from plaintiff's prison trust

1      account for the filing fee for this action; and

       3.      DIRECTS this Court's clerk to serve a copy of this order on:

2              a.      The Director of the California Department of Corrections, 1515 S Street,

3                      Sacramento, California 95814; and

4              b.      The Financial Department, U.S. District Court, Eastern District of California,

5                      Fresno Division.

6      IT IS SO ORDERED.

**Dated:    March 10, 2006**                        **/s/ Lawrence J. O'Neill**
7      66h44d                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25