# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD McATHUR, | CASE NO. CV F 06-0184 AWI LJO |
| Plaintiff, | **ORDER TO VACATE FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AND FOR SERVICE OF AMENDED COMPLAINT** |
| vs. | |
| CITY OF TAFT POLICE DEPARTMENT, et al., | (Doc. 23.) |
| Defendants. | |

## BACKGROUND

Plaintiff Bradford McAthur ("plaintiff") was a state prisoner and proceeds pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). Plaintiff filed his original form complaint ("complaint") to name as defendants the Taft City Police Department and Taft City police officers Williams (Badge No. 27) ("Officer Williams") and Kinney ("Officer Kinney"). This Court issued its April 25, 2006 order ("April 25 order") to dismiss the complaint on grounds the complaint failed to satisfy pleading requirements and to allege cognizable section 1983 claims and appeared intended to vex Officers Williams and Kinney. The April 25 order granted plaintiff up to May 17, 2006 to file an amended complaint.

After plaintiff failed to file a timely amended complaint, this Court issued May 19, 2006 findings and recommendations to dismiss this action without prejudice on grounds plaintiff failed to: (1) file an amended complaint; (2) comply with this Court's order; and (3) diligently prosecute this action. Unbeknownst to this Cout, plaintiff belatedly filed an amended complaint on May 18, 2006. This Court will overlook the one-day delay to file the amended complaint and VACATES its May 19, 2006 findings and recommendations. Although the amended complaint's caption lists City of Taft Police Department, the amended complaint states no allegations as to the department, and this Court construes the amended complaint to proceed against only Officers Williams and Kinney.

In light of the above, this Court:

1. VACATES its May 19, 2006 findings and recommendations;
2. FINDS service of the amended complaint is appropriate on only defendant police officers Williams (Badge No. 27) and Kinney;
3. DIRECTS this Court's clerk to send plaintiff two USM-285 forms, two summonses, two Notices of Submission of Documents, an instruction sheet and a copy of the amended complaint filed May 18, 2006;
4. ORDERS plaintiff, no later than June 7, 2006, to complete the attached Notice of Submission of Documents and submit the completed Notice of Submission of Documents to the Court with the following documents:
    a. Completed summonses for defendant police officers Williams (Badge No. 27) and Kinney;
    b. One completed USM-285 form for each defendant police officer Williams (Badge No. 27) and Kinney; and
    c. Three copies of the endorsed amended complaint filed May 18, 2006; and
5. DIRECTS this Court's clerk to issue an order to set a scheduling conference.

Plaintiff need not attempt service on defendant police officers Williams (Badge No. 27) and Kinney and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve defendant police officers Williams (Badge No. 27) and Kinney pursuant to F.R.Civ.P. 4 without payment of costs.

1 **Plaintiff's failure to comply with this order will result in recommendation to dismiss this
2 action.  Local Rule 11-110.**
3      IT IS SO ORDERED.
4 **Dated:    May 22, 2006              /s/ Lawrence J. O'Neill**
  66h44d                      UNITED STATES MAGISTRATE JUDGE