# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD McATHUR, | CASE NO. CV F 06-0184 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| CITY OF TAFT POLICE DEPARTMENT, et al., | |
| Defendants. | |

## BACKGROUND

Plaintiff Bradford McAthur ("plaintiff") was a state prisoner and proceeds pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983 ("section 1983"). Plaintiff proceeds with his form amended complaint ("complaint") against defendants Taft City police officers Williams (Badge No. 27) ("Officer Williams") and Kinney ("Officer Kinney"). The magistrate judge's May 22, 2006 order ("May 22 order") required plaintiff, no later than June 7, 2006, to complete and submit to this Court's clerk documents for service of the summons and amended complaint on Officers Williams and Kinney. The May 22 order admonished: "**Plaintiff's failure to comply with this order will result in recommendation to dismiss this action.**" (Bold in original.) Plaintiff has failed to submit the required

documents to comply with the May 22 order.

The magistrate judge issued his June 9, 2006 findings and recommendations to dismiss this action without prejudice on grounds plaintiff has failed to: (1) submit documents for service of the summons and amended complaint; (2) comply with this Court's order; and (3) diligently prosecute this action.

Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's June 9, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that plaintiff has failed to: (1) submit documents for service of the summons and amended complaint; (2) comply with this Court's order; and (3) diligently prosecute this action; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 27, 2006**                        /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE